JACQUELINE P. COX
**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
CHICAGO  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARANAN, ARIEL L | § | Case No. 10-24031 |
| MARANAN, CARMEL B | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE BANKRUPTCY COURT
219 SOUTH DEARBORN STREET,  ROOM 713
CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 05/05/2011 in Courtroom 619,
United States Courthouse
219 South Dearborn
Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/01/2011     By: Clerk of the Bankruptcy Court
                                                                 Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

*CHICAGO, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| MARANAN, ARIEL L | § | Case No. 10-24031 |
| MARANAN, CARMEL B | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 8,434.19 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 8,434.19 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: PHILIP V. MARTINO | $ 1,593.42 | $ 0.00 | $ 1,593.42 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 3,831.00 | $ 0.00 | $ 3,831.00 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 24.70 | $ 0.00 | $ 24.70 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 5,449.12 |
| Remaining Balance | $ | 2,985.07 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 140,685.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ 10,035.17 | $ 0.00 | $ 212.93 |
| 000002 | Fia Card Services, NA/Bank of America | $ 21,337.38 | $ 0.00 | $ 452.74 |
| 000003 | Fia Card Services, NA/Bank of America | $ 176.78 | $ 0.00 | $ 3.75 |
| 000004 | Fia Card Services, NA/Bank of America | $ 16,861.06 | $ 0.00 | $ 357.76 |
| 000005 | Fifth Third Bank | $ 11,083.36 | $ 0.00 | $ 235.16 |
| 000006 | PYOD LLC its successors and assigns as assignee of | $ 10,801.86 | $ 0.00 | $ 229.19 |
| 000007 | PYOD LLC its successors and assigns as assignee of | $ 23,046.25 | $ 0.00 | $ 488.99 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | PYOD LLC its successors and assigns as assignee of | $ 9,092.07 | $ 0.00 | $ 192.92 |
| 000009 | American Express Centurion Bank | $ 5,479.49 | $ 0.00 | $ 116.26 |
| 000010 | Normandy Maranan | $ 32,772.50 | $ 0.00 | $ 695.37 |

Total to be paid to timely general unsecured creditors     $     2,985.07

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
                              Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 10-24031-JPC
Ariel L Maranan Chapter 7
Carmel B Maranan
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: mgonzalez      Page 1 of 2      Date Rcvd: Apr 04, 2011
                  Form ID: pdf006      Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2011.

```
db/jdb     +Ariel L Maranan,    Carmel B Maranan,    144 Rosewood Drive,    Streamwood, IL 60107-1578
aty         Philip V Martino,    DLA Piper US LLP,    230 N LaSalle Street,    Suite 1900,    Chicago, IL  60601
aty         Shannon F OBoye,    Quarles & Brady LLP,    300 N LaSalle St Suite 4000,    Chicago, IL  60654
aty        +Thomas J Gorman,    Thomas J. Gorman P C,    1300  East Irving Park Road,    Suite 201,
             Streamwood, IL 60107-3205
tr          Philip V Martino, ESQ,    Quarles & Brady,    300 N. LaSalle,    Suite 4000,    Chicago, IL  60654
15634429   +12 Oaks at Schaumburg Condo Asso.,    120 Kristin Circle,    Schaumburg, IL 60195-3300
15634430    American Express,    P.O. Box 0001,    Los Angeles, CA 90096-8000
16261171    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15634431    BAC Home Loans,    P.O. Box 650070,    Dallas, TX 75265-0070
15634432    Bank of America,    P.O. Box 851001,    Dallas, TX  75265-1001
15634433    Central Mortgage Company,    P.O. Box 8025,    Little Rock, AR 72203-8025
15634434    Chase,    P.O. Box 15153,    Wilmington, DE  19886-5153
15937109    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15634436    Citi Cards,    P.O. Box 688901,    Des Moines, IA 50368-8901
15634435    Citi Cards,    P.O. Box 6000,    The Lakes, NV  89163-6000
15634437   +Clearview Management Inc.,    120 Kristin Circle,    Schaumburg, IL 60195-3300
16008351    Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
             Oklahoma City, OK  73124-8809
15634438    Fifth Third Bank,    P.O. Box 740789,    Cincinnati, OH 45274-0789
16018560   +Fifth Third Bank,    PO BOX 829009,    Dallas, TX 75382-9009
15634440    National City Bank,    P.O. BOX 856153,    Louisville, KY  40285-6153
15634441  +++Normandy Maranan,    Steven A Wade,    Anesi Ozmon Rodin Novak & Kohen Ltd,    161 N Clark St #21,
             Chicago, IL 60601-3204
15634443    PNC Mortgage,    P.O. Box 533510,    Atlanta, GA  30353-3510
16098678   +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
             c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
15634442    Park Millenium Condo,    C/O DK Condo,    Chicago, IL 60601
15634444    Silverstone Lake Condominium Asso.,    c/o Villa Management,    P.O. Box 7110,
             Libertyville, IL 60048-7110
15634439  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
            (address filed with court: Lexus Financial Services,    P.O. Box 5855,
             Carol Stream, IL 60197-5855)
15634445    Wells Fargo Bank,    P.O. Box 536210,    Atlanta, GA  30353-6210
15634446    Wells Fargo Bank,    P.O. Box 14411,    Des Moines, IA 50306-3411
15634447  +++Wells Fargo Bank NA,    Pierce & Associates PC,    1 North Dearborn Suite 1300,
             Chicago, IL 60602-4373
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty      Shannon F O'Boye
aty      ##+Quarles & Brady LLP,   500 West Madison Suite 3700,   Chicago,, IL 60661-4591
                                                                                                                                          TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mgonzalez           Page 2 of 2            Date Rcvd: Apr 04, 2011
                              Form ID: pdf006           Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 06, 2011**              **Signature:**   _Joseph Speetjens_