JACQUELINE P. COX
UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| MARANAN, ARIEL L | § | Case No. 10-24031 |
| MARANAN, CARMEL B | § § § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ____ on _____. The case was pending for ____ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/PHILIP V. MARTINO_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | | | | | |
| QUARLES & BRADY LLP | | | | | |
| QUARLES & BRADY LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 12 Oaks at Schaumburg Condo Assoc. 120 Kristin Circle Schaumburg, IL 60195 | | | | | |
| | Chase P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Clearview Manageent Inc. 120 Kristin Circle Schaumburg, IL 60195 | | | | | |
| | Park Millenium c/o DK Condo Chicago, IL 60601 | | | | | |
| | Silverstone Lake Condominium Association c/o Villa Management P.O. Box 7110 Libertyville, IL 60058-7110 | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000001 | CHASE BANK USA, N.A. | | | | | |
| 000002 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000003 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000004 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000005 | FIFTH THIRD BANK | | | | | |
| 000010 | NORMANDY MARANAN | | | | | |
| 000006 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000007 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000008 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

10/1/2010

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 10-24031 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | MARANAN, ARIEL L | | | Date Filed (f) or Converted (c): | 05/26/10 (f) |
| | MARANAN, CARMEL B | | | 341(a) Meeting Date: | 07/01/10 |
| For Period Ending: | 07/19/11 | | | Claims Bar Date: | 11/05/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Condo 222 N. Colubus Drive, #1806 | 190,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Single Family Home 144 Rosewood Drive, StreamwoodL | 400,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Townhouse 2131 Limestone Lane, Carpentersville, IL | 168,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Townhouse 80 Kristin Circle #2,Schaumburg, IL | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Harris Bank Checking Account | 3,900.00 | 3,833.00 | | 3,833.00 | FA |
| 6. Harris Bank Checking Account | 200.00 | 1,700.00 | | 3,400.00 | FA |
| 7. Harris Bank Savings Account | 2,000.00 | 1,000.00 | | 2,000.00 | FA |
| 8. Furniture, applicances, TV, Stereo | 1,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 9. CLOTHING | 250.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 10. Rings Necklace Watch and Ear Rings | 250.00 | 0.00 | DA | 0.00 | FA |
| 11. Accident Insurance $300,000 no cash value | 1.00 | 0.00 | | 0.00 | FA |
| 12. Accident Insurance $100,000 no cash value | 1.00 | 0.00 | | 0.00 | FA |
| 13. Accident Insurance $100,000 no cash value | 1.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 14. Accident Life Insurance $495,000 no cash value | 1.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 15. Accidental Death Metlife $154,000 no cash value | 1.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 16. American General Life $100,000 | 2,900.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 17. American General Life Ariel $100,000 | 2,900.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 18. American General Life $50,000 | 2,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |

LFORM1

Ver: 16.02b

10/1/2010

Page: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 10-24031 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | MARANAN, ARIEL L | | | Date Filed (f) or Converted (c): | 05/26/10 (f) |
| | MARANAN, CARMEL B | | | 341(a) Meeting Date: | 07/01/10 |
| | | | | Claims Bar Date: | 11/05/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. American General Policy 9498 $50,000 | 2,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 20. Group Life Metlife $231,000 no cash value | 1.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 21. Group Life of Minnesota Life $35,000 no cash value | 1.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 22. Interests in Partnership for Rehab | 1.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 23. 2005 Lexus ES 330 | 12,000.00 | 0.00 | | 0.00 | FA |
| 24. 2005 Lexus RX 330 | 16,000.00 | 0.00 | | 0.00 | FA |
| 25. Post Petition Transfer to Normandy Maranan (u) | 0.00 | 3,833.00 | | 1,900.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.34 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,003,408.00 | $10,366.00 | | $11,134.34 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Submitted Trustee's Final Report to U.S. Trustee on December 29, 2010.  Await approval for filing.

Initial Projected Date of Final Report (TFR): 02/28/20     Current Projected Date of Final Report (TFR): 02/28/11

LFORM1    Ver: 16.02b

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-24031 -JPC | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | MARANAN, ARIEL L | Bank Name: | BANK OF AMERICA, N.A. |
| | MARANAN, CARMEL B | Account Number / CD #: | *******0506  BofA - Money Market Account |
| Taxpayer ID No: | *******0193 | | |
| For Period Ending: | 07/19/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/19/10 | 5, 6, 7 | Maranan, Ariel & Carmel | | | 6,533.00 | | 6,533.00 |
| | | MARANAN, ARIEL AND CARMEL | Memo Amount:  3,833.00 | 1122-000 | | | |
| | | | Rental payments | | | | |
| | | ARIEL & CARMEL MARANAN | Memo Amount:  2,700.00 | 1129-000 | | | |
| | | | Bank Account Balances | | | | |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 6,533.04 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,533.21 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,533.37 |
| 10/13/10 | 25 | Normandy Maranan | | 1241-000 | 633.34 | | 7,166.71 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 7,166.88 |
| 11/16/10 | 25 | Normandy Maranan | | 1241-000 | 633.33 | | 7,800.21 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,800.39 |
| 12/15/10 | 25 | Normandy Maranan | | 1241-000 | 633.33 | | 8,433.72 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,433.92 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,434.13 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 8,434.19 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,434.26 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,434.33 |
| 05/05/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 8,434.34 |
| 05/05/11 | | Transfer to Acct #*******0742 | Final Posting Transfer | 9999-000 | | 8,434.34 | 0.00 |

Page Subtotals     8,434.34     8,434.34

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 9)

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-24031 -JPC | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | MARANAN, ARIEL L | | Bank Name: | BANK OF AMERICA, N.A. |
| | MARANAN, CARMEL B | | Account Number / CD #: | *******0506  BofA - Money Market Account |
| Taxpayer ID No: | *******0193 | | | |
| For Period Ending: | 07/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 6,533.00 | COLUMN TOTALS | | 8,434.34 | 8,434.34 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 8,434.34 | |
| | | | Subtotal | | 8,434.34 | 0.00 | |
| | Memo Allocation Net: | 6,533.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 8,434.34 | 0.00 | |

Page Subtotals        0.00            0.00

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2     Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-24031 -JPC | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | MARANAN, ARIEL L | | Bank Name: | BANK OF AMERICA, N.A. |
| | MARANAN, CARMEL B | | Account Number / CD #: | *******0742 BofA - Checking Account |
| Taxpayer ID No: | *******0193 | | | |
| For Period Ending: | 07/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/05/11 | | Transfer from Acct #*******0506 | Transfer In From MMA Account | 9999-000 | 8,434.34 | | 8,434.34 |
| 05/05/11 | 003001 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | | | 3,855.70 | 4,578.64 |
| | | | Fees      3,831.00 | 3110-000 | | | |
| | | | Expenses   24.70 | 3120-000 | | | |
| 05/05/11 | 003002 | PHILIP V. MARTINO | Chapter 7 Compensation/Fees | 2100-000 | | 1,593.37 | 2,985.27 |
| | | QUARLES & BRADY LLP | | | | | |
| | | SUITE 4000 | | | | | |
| | | 300 NORTH LASALLE STREET | | | | | |
| | | CHICAGO, IL 60654 | | | | | |
| 05/05/11 | 003003 | Chase Bank USA, N.A. | Claim 000001, Payment 2.12194% | 7100-000 | | 212.94 | 2,772.33 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| 05/05/11 | 003004 | Fia Card Services, NA/Bank of America | Claim 000002, Payment 2.12196% | 7100-000 | | 452.77 | 2,319.56 |
| | | by American Infosource Lp As Its Agent | | | | | |
| | | PO Box 248809 | | | | | |
| | | Oklahoma City, OK 73124-8809 | | | | | |
| 05/05/11 | 003005 | United States Bankruptcy Court | Claim 000003, Payment 2.12128% | 7100-000 | | 3.75 | 2,315.81 |
| | | IL | Fia Card Services, NA/Bank of America | | | | |
| | | | by American Infosource Lp As Its Agent | | | | |
| | | | PO Box 248809 | | | | |
| | | | Oklahoma City, OK 73124-8809 | | | | |
| 05/05/11 | 003006 | Fia Card Services, NA/Bank of America | Claim 000004, Payment 2.12193% | 7100-000 | | 357.78 | 1,958.03 |
| | | by American Infosource Lp As Its Agent | | | | | |
| | | PO Box 248809 | | | | | |
| | | Oklahoma City, OK 73124-8809 | | | | | |
| 05/05/11 | 003007 | Fifth Third Bank | Claim 000005, Payment 2.12192% | 7100-000 | | 235.18 | 1,722.85 |
| | | PO BOX 829009 | | | | | |
| | | Dallas, TX 75382 | | | | | |
| 05/05/11 | 003008 | PYOD LLC its successors and assigns as assignee of | Claim 000006, Payment 2.12195% | 7100-000 | | 229.21 | 1,493.64 |

Page Subtotals     8,434.34     6,940.70

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-24031 -JPC | |
| Case Name: | MARANAN, ARIEL L | |
| | MARANAN, CARMEL B | |
| Taxpayer ID No: | *******0193 | |
| For Period Ending: | 07/19/11 | |

| | | |
|---|---|---|
| Trustee Name: | PHILIP V. MARTINO | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******0742 BofA - Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/05/11 | 003009 | Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-<br>PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000007, Payment 2.12195% | 7100-000 | | 489.03 | 1,004.61 |
| 05/05/11 | 003010 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000008, Payment 2.12196% | 7100-000 | | 192.93 | 811.68 |
| 05/05/11 | 003011 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000009, Payment 2.12191%<br>(9-1) CREDIT CARD DEBT | 7100-000 | | 116.27 | 695.41 |
| 05/05/11 | 003012 | Normandy Maranan<br>Steven A Wade<br>Anesi Ozmon Rodin Novak & Kohen Ltd<br>161 N Clark St #21<br>Chicago, IL 60601 | Claim 000010, Payment 2.12193%<br>(10-1) Modified on 10/28/2010 to<br>correct creditor's address (MG) | 7100-000 | | 695.41 | 0.00 |

Page Subtotals  0.00  1,493.64

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-24031 -JPC | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | MARANAN, ARIEL L | Bank Name: | BANK OF AMERICA, N.A. |
| | MARANAN, CARMEL B | Account Number / CD #: | *******0742 BofA - Checking Account |
| Taxpayer ID No: | *******0193 | | |
| For Period Ending: | 07/19/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 8,434.34 | 8,434.34 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 8,434.34 | 0.00 | |
| | | Subtotal | 0.00 | 8,434.34 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 8,434.34 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 6,533.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | BofA - Money Market Account - ********0506 | 8,434.34 | 0.00 | 0.00 |
| | | BofA - Checking Account - ********0742 | 0.00 | 8,434.34 | 0.00 |
| Total Memo Allocation Net: | 6,533.00 | | 8,434.34 | 8,434.34 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                  0.00           0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*